MEMORANDUM OPINION

 

No. 04-10-00093-CV

 

L. W. MCDONALD,

Appellant

 

v.

 

Debra FULLER,

Appellee

 

From the 408th
Judicial District Court, Bexar County, Texas

Trial Court No. 2007-CI-02856

Honorable Janet P.
Littlejohn, Judge Presiding

 

PER CURIAM

 

Sitting:            Rebecca Simmons,
Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:  June 2, 2010

 

DISMISSED

 

A copy of
appellant’s notice of appeal was filed in this court on February 5, 2010.  The
clerk of this court notified the appellant in writing that our records did not
reflect that the filing fee in the amount of $175.00 was paid.  In addition,
our record does not contain any evidence that appellant is excused by statute
or rule from paying the filing fee.  See Tex. R. App. P. 5, 20.

On April 28, 2010,
we issued a show cause order directing appellant to show cause in writing why
this appeal should not be dismissed for failure to pay the filing fee.  See
Tex. R. App. P. 5, 42.3(c). 
Appellant has not responded to our order.  Because appellant has failed to pay
the filing fee required to pursue this appeal, the appeal is dismissed.  See
Tex. R. App. P. 5, 42.3(c).

PER
CURIAM